Original

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INLINE PLASTICS CORP.,<br><br>   Plaintiff,<br>v.<br><br>LACERTA GROUP INC.,<br><br>   Defendant. | CIVIL ACTION<br>NO. 4:18-11631-TSH |

## VERDICT FORM

### INFRINGEMENT

1. Has Inline proven by a preponderance of the evidence that Lacerta infringed any of the following claims of **the '003 Patent**?

   Claim 1  Yes_____  No __✓__

   Claim 2  Yes_____  No __✓__

   Claim 3  Yes_____  No __✓__

   Claim 21 Yes_____  No __✓__

   Claim 22 Yes_____  No __✓__

   Claim 24 Yes_____  No __✓__

2. Has Inline proven by a preponderance of the evidence that Lacerta infringed any of the following claims of **the '680 Patent**?

   Claim 1  Yes_____  No __✓__

   Claim 2  Yes_____  No __✓__

1

Claim 3      Yes_____       No__✓_____

Claim 6      Yes_____       No__✓_____

Claim 8      Yes_____       No__✓_____

↣ Claim 17     Yes_____       No__✓_____

Claim 20     Yes_____       No__✓_____

Claim 25     Yes_____       No__✓_____

Claim 27     Yes_____       No__✓_____

3. Has Inline proven by a preponderance of the evidence that Lacerta infringed any of the following claims of **the '756 Patent?**

Claim 1      Yes_____       No__✓_____

Claim 3      Yes_____       No__✓_____

Claim 6      Yes_____       No__✓_____

Claim 7      Yes_____       No__✓_____

4. Has Inline proven by a preponderance of the evidence that Lacerta infringed any of the following claims of **the '580 Patent?**

Claim 1      Yes_____       No__✓_____

Claim 4      Yes_____       No__✓_____

Claim 8      Yes_____       No__✓_____

Claim 9      Yes_____       No__✓_____

5. Has Inline proven by a preponderance of the evidence that Lacerta infringed any of the following claims of **the '640 Patent?**

Claim 5      Yes_____       No__✓_____

## INVALIDITY

6. Has Lacerta proven by clear and convincing that any of the following claims of **the '003 Patent** are invalid?

   Claim 1    Yes __✓__    No _____

   Claim 2    Yes __✓__    No _____

   Claim 3    Yes __✓__    No _____

   Claim 21   Yes __✓__    No _____

   Claim 22   Yes __✓__    No _____

   Claim 24   Yes __✓__    No _____

7. Has Lacerta proven by clear and convincing evidence that any of the following claims of **the '680 Patent** are invalid?

   Claim 1    Yes __✓__    No _____

   Claim 2    Yes __✓__    No _____

   Claim 3    Yes __✓__    No _____

   Claim 6    Yes __✓__    No _____

   Claim 8    Yes __✓__    No _____

   Claim 17   Yes __✓__    No _____

   Claim 20   Yes __✓__    No _____

   Claim 25   Yes __✓__    No _____

   Claim 27   Yes __✓__    No _____

8. Has Lacerta proven by clear and convincing evidence that any of the following claims of **the '756 Patent** are invalid?

   Claim 1    Yes __✓__    No _____

   Claim 3    Yes __✓__    No _____

3

      Claim 6     Yes ✓     No ___

      Claim 7     Yes ✓     No ___

9. Has Inline proven by clear and convincing evidence that any of the following claims of **the '580 Patent** are invalid?

      Claim 1     Yes ✓     No ___

      Claim 4     Yes ✓     No ___

      Claim 8     Yes ✓     No ___

      Claim 9     Yes ✓     No ___

10. Has Lacerta proven by clear and convincing evidence that any of the following claims of **the '640 Patent** are invalid?

      Claim 1     Yes ✓     No ___

      Claim 2     Yes ✓     No ___

      Claim 3     Yes ✓     No ___

      Claim 5     Yes ✓     No ___

      Claim 6     Yes ✓     No ___

## WILLFULNESS

*Please answer Question 11 only if you have found that at least one claim of the Asserted Claims is infringed and not invalid, or if you have found that claim 1, 2, 3, or 6 of the '640 Patent is not invalid.*

*If you have not found that at least one claim of the Asserted Claims is infringed and not invalid, and if you have not found that claim 1, 2, 3, or 6 of the '640 Patent is not invalid, please STOP and inform the Court Officer that you have reached a verdict.*

11. Has Inline proven by a preponderance of the evidence that Lacerta willfully infringed any valid asserted claim?

    Yes_____    No_____

**DAMAGES**

*Please answer Question 12 and Question 13 only if you have found that at least one claim of the Asserted Claims is infringed and not invalid, or if you have found that claim 1, 2, 3, or 6 of the '640 Patent is not invalid.*

*If you have not found that at least one claim of the Asserted Claims is infringed and not invalid, and if you have not found that claim 1, 2, 3, or 6 of the '640 Patent is not invalid, please STOP and inform the Court Officer that you have reached a verdict.*

12. What lost profits, if any, did Inline show it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Lacerta's infringement?

    $_____          $_____
    (write out figure)                    (write out in words)

13. For those infringing sales for which Inline has not proved its entitled to lost profits, what has it proved it is entitled to as a reasonable royalty?

    $_____          $_____
    (write out figure)                    (write out in words)

*The foreperson should sign and date the verdict slip and inform the Court Officer that a verdict has been reached.*

**The above findings represent the unanimous verdict of the eight members of the jury.**

_____
JURY FOREPERSON

Signed this 18th day of February, 2022

2/18/22
3:54 PM

6